IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JBS PACKERLAND, INC., JBS S.A., JBS USA FOOD COMPANY, and SWIFT BEEF COMPANY,<br><br>   Petitioners,<br><br>vs.<br><br>NEBRASKA BEEF, LTD.,<br><br>   Respondent. | 8:23CV153<br><br>ORDER TO SHOW CAUSE |

On December 11, 2023, the Magistrate Judge entered an order, Filing No. 39, granting JBS's motion to compel, in part, and requiring Nebraska Beef to comply with various discovery demands on or before the deadlines articulated therein. The Court cautioned that no extensions would be granted and failure to comply with the Order would require a substantial showing of good cause. JBS now contends that Nebraska Beef has failed to comply with the first deadline provided by the Order. Filing No. 40.

Accordingly,

IT IS ORDERED that the parties shall appear before the undersigned on **January 4, 2024, at 11:00 a.m.,** Courtroom 3, Roman L. Hruska Federal Courthouse, to show cause as to the parties' compliance, or lack thereof, with the Magistrate Judge's Order, Filing No. 39.

Dated this 22nd day of December, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge