IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JBS PACKERLAND, INC., JBS S.A., JBS USA FOOD COMPANY, and SWIFT BEEF COMPANY,<br><br>Petitioners,<br><br>vs.<br><br>NEBRASKA BEEF, LTD.,<br><br>Respondent. | 8:23CV153<br><br>ORDER |

Pursuant to the proceedings at the hearing on February 9, 2024, the Court finds Plaintiffs' Motion to Compel, Filing No. 1, has been satisfied. Accordingly,

IT IS ORDERD:

1. This matter is resolved. The Clerk of the Court shall terminate any outstanding deadlines and close this case.

Dated this 9th day of February, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge